Mark G. Tratos (Bar No. 1086)
tratosm@gtlaw.com
Laraine M. I. Burrell (Bar No. 8771)
burrelll@gtlaw.com
GREENBERG TRAURIG
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

Counsel For Plaintiff
WILLIAM WALTERS

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM WALTERS, an individual, | Case No.:   2:12-cv-01541-JAD-CWH |
| Plaintiff, | |
| v. | |
| COOPERS PICKS, LLC a Florida limited liability company; MICHAEL COOPER, an individual; RICHART RUDDIE, an individual; RYAN HOLZMAN, an individual; BRAD GREENBERG, an individual;  JM PICKS, an entity doing business in New York; JOHN MACK, an individual; RICH GARAFOLA, an individual; GLEN PETRELLI, an individual; SAL DeCARLO, an individual; WILLIAM "BILL" CONTI, an individual; D I GLOBAL MARKETING, LLC a New York limited liability company; DANIAL ITAHOV, an individual; CHRIS HATTON, an individual, | **STATUS REPORT AND REQUEST TO VACATE HEARING BECAUSE THE PARTIES HAVE AGREED TO A SETTLEMENT RESOLUTION** |
| Defendants. | |

Pursuant to the Court's Order dated September 3, 2013, Plaintiff, and Defendants, Coopers'

Pick, Rich Ruddie, Michael  Cooper, Ryan Holzman, JM Picks, John Mack, Rich Garafola, Sal

DeCarlo and Glen Petrelli (collectively "Remaining Defendants"), respectfully submit this status

LV 420069756v1

LV 420070577v1

1   report.

2        After filing his Complaint, Plaintiff either served all defendants and/or representation was

3   accepted on behalf of all defendants by counsel.   In or around December 2012, settlement

4   agreements were signed between Plaintiff and Defendants, Chris Hatton, DI Global Marketing, LLC

5   and Daniel Itahov.

6        Plaintiff and the Remaining Defendants have reached a settlement agreement, however the

7   agreement has yet to be finalized in writing and executed by the parties.

8        The parties have a good faith intent to complete the settlement within a reasonable period of

9   time and respectfully request this Court vacate the hearing currently scheduled for September 16,

10  2013 at 9:00 a.m.

11       Respectfully Submitted:  9th day of September, 2013

12

13  GREENBERG TRAURIG

                                         KELLY WARNER, PLLC

14  /s/ Laraine M. I. Burrell, Esq.

    Mark G. Tratos (NV Bar No. 1086)           /s/ Paul D. Ticen, Esq.

    Laraine M. I. Burrell (NV Bar No. 8771)   Paul D. Ticen (AZ Bar No. 024788)

15  3773 Howard Hughes Parkway             404 S. Mill Avenue, Suite C-201

    Suite 400 North                            Tempe, Arizona 85281

16  Las Vegas, Nevada 89169               *Counsel For Remaining Defendants*

    *Counsel For Plaintiff William Walters*

17

18

19

20

21

22

23

24

25

26

27

28  LV 420069756v1

Page 2 of 2

LV 420070577v1

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of September, 2013, I served the foregoing **STATUS REPORT AND REQUEST TO VACATE HEARING BECAUSE THE PARTIES HAVE AGREED TO A SETTLEMENT RESOLUTION** upon:

Paul D. Ticen (AZ Bar No. 024788)
KELLY WARNER, PLLC
404 S. Mill Avenue, Suite C-201
Tempe, Arizona 85281
*Counsel For Remaining Defendants*

by causing a full, true, and correct copy thereof to be sent by the following indicated method or methods, on the date set forth below:

☒   by mailing in a sealed, first class postage-prepaid envelop, addressed to the last-known office address of the attorney, and deposited with the United States Postal Service in Las Vegas, Nevada.

☐   by hand delivery.

☐   by sending via overnight courier in a sealed envelope.

☐   by faxing to the attorney at the fax number that is the last-known fax number.

☒   by electronic mail to the last known e-mail address.

DATED this 9th day of September, 2013.

/s/ S. Renee Hoban
AN EMPLOYEE OF GREENBERG TRAURIG, LLP

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

LV 420069756v1

LV 420070577v1