Mark G. Tratos (Bar No. 1086)
tratosm@gtlaw.com
Donald L. Prunty, Esq. (Bar No. 8230)
pruntyd@gtlaw.com
Laraine M. I. Burrell (Bar No. 8771)
burrelll@gtlaw.com
Moorea Katz (Bar No. 12007)
katzmo@gtlaw.com
GREENBERG TRAURIG
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
*Counsel for Plaintiff William Walters*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM WALTERS, an individual, | CASE NO.: 2:12-CV-01541-JAD-CWH |
| Plaintiff, | |
| v. | |
| COOPERS PICKS, LLC a Florida limited liability company; MICHAEL COOPER, an individual; RICHART RUDDIE, an individual; RYAN HOLZMAN, an individual; BRAD GREENBERG, an individual;  JM PICKS, an entity doing business in New York; JOHN MACK, an individual; RICH GARAFOLA, an individual; GLEN PETRELLI, an individual; SAL DeCARLO, an individual; WILLIAM "BILL" CONTI, an individual; D I GLOBAL MARKETING, LLC a New York limited liability company; DANIAL ITAHOV, an individual; CHRIS HATTON, an individual, | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), through undersigned counsel, Plaintiff William Walters hereby dismisses the non-appearing defendants Glen Petrelli, Sal DeCarlo, William "Bill" Conti, D I Global Marketing, LLC, Danial Itahov, and Chris Hatton from the  case entitled

/ / /

1

*LV 420168412v1*

*Walters v. Coopers Picks, LLC et al.*, Case No. 2:12-CV-01541-JCM-CWH, with prejudice

Dated: January 31, 2014.

**GREENBERG TRAURIG, LLP**

*/s/ Laraine M. I. Burrell, Esq.*
Mark G. Tratos (NV Bar No. 1086)
Donald L. Prunty, Esq. (NV Bar No. 8230)
Laraine M. I. Burrell (NV Bar No. 8771)
Moorea Katz (NV Bar No. 12007)
3773 Howard Hughes Parkway, Ste. 400 N
Las Vegas, Nevada 89169
*Counsel for Plaintiff William Walters*

**IT IS SO ORDERED**:

_____
**UNITED STATES DISTRICT JUDGE**

Dated: January 31, 2014.

2

*LV 420168412v1*