UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM WALTERS, <br><br> Plaintiff, <br> vs. <br><br> COOPERS PICKS LLC, et al <br><br> Defendants. | 2:12-cv-01541 JAD-CWH <br><br> MINUTES OF THE COURT <br><br> DATED April 11, 2016 |

PRESENT
THE HONORABLE JENNIFER A. DORSEY, UNITED STATES JUDGE

DEPUTY CLERK: <u>EILEEN WOOD</u>        RECORDER:     NONE APPEARING

COUNSEL FOR PLAINTIFF (S) :              NONE APPEARING

COUNSEL FOR DEFENDANT (S) :              NONE APPEARING

MINUTE ORDER IN CHAMBERS:

　　The Order Granting Dismissal (#59) was entered in this case on January 31, 2014. Good cause appearing,

　　IT IS ORDERED that the Cash Deposit by Plaintiff, William Walters (#11), posted in the amount of $1,000.00, receipt #4029 filed September 5, 2012, is hereby exonerated and the Clerk of Court is hereby directed to release said funds to the rightful owner.

APPROVED: ___[signature]_____
　　　　　　UNITED STATES DISTRICT JUDGE

DATED:        April 12, 2016